KAREN P. HEWITT
United States Attorney
WILLIAM A. HALL, JR.
Assistant U.S. Attorney
California State Bar No. 253403
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7046/(619) 235-2757 (Fax)
Email: william.a.hall@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS JOAQUIN GODINEZ-RAMIREZ,<br>Defendant(s). | Criminal Case No. 08CR0273-BTM<br>DATE: March 7, 2008<br>TIME: 1:30 p.m.<br>Before Honorable Barry Ted Moskowitz<br><br>UNITED STATES' STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES |

**I**

**STATEMENT OF THE CASE**

The Defendant, Luis Joaquin Godinez-Ramirez (hereinafter "Defendant"), was charged by a grand jury on February 1, 2008, with violating 8 U.S.C. §§ 1324(a)(2)(B)(ii), bringing in illegal alien(s) for financial gain, 8 U.S.C. §§ 1324(a)(2)(B)(iii), bringing in illegal alien(s) without presentation, and aiding and abetting. Defendant was arraigned on the four-count Indictment on February 5, 2008, and entered a plea of not guilty.

**II**

**STATEMENT OF FACTS**

Defendant was apprehended on the morning of January 19, 2008, by United States Customs and Border Protection ("CBP") Officers at the Calexico, California West Port of Entry. There,

Defendant entered the vehicle inspection lanes as the driver and sole occupant of a 1992 Chevrolet Beretta ("the vehicle").

At primary inspection, Defendant gave a negative declaration to a CBP Officer. Defendant stated he was traveling to Calexico, California. Defendant further stated that the vehicle was his and that he had recently purchased it. Defendant displayed signs of nervousness and appeared in a hurry to depart. Due to his demeanor, the CBP Officer directed Defendant and his vehicle to the secondary lot for further inspection, and placed a referral slip on the windshield of the vehicle. While driving to the secondary area, Defendant attempted to abscond back to Mexico by accelerating the vehicle northbound, coming to an abrupt stop, then exiting the vehicle and running south. Defendant was apprehended by another CBP Officer before entering Mexico and was escorted into the secondary inspection office.

At secondary inspection, CBP officers opened the trunk of the vehicle. Hidden inside were two men, neither of which possessed legal documents permitting her to enter or remain in the United States.

In an interview, both of the men hiding inside the trunk, Gabriel Garcia-Garcia and Antonio Acosta Gonzalez (hereafter "the material witnesses"), stated that they were citizens and nationals of Mexico illegally present in the United States. The material witnesses also stated that they were not in possession of any immigration documents allowing them to enter or to remain inside the United States. They further stated that they were going to pay unknown smugglers $3,000 and $3500 USD, respectively, to be smuggled into the United States.

In a post-Miranda statement, Defendant admitted, in pertinent part, knowledge that there were aliens concealed in the vehicle. He further admitted that he was going to receive a monetary payment of $1,000 USD for the smuggling venture.

//

//

//

## III

## UNITED STATES' MOTION FOR RECIPROCAL DISCOVERY

To date, the United States has provided Defendant with 138 pages of discovery and a DVD. The United States moves the Court to order Defendant to provide all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2. Rule 16(b)(2) requires Defendant to disclose to the United States all exhibits and documents which Defendant "intends to introduce as evidence in chief at the trial" and a written summary of the names, anticipated testimony, and bases for opinions of experts Defendant intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

## IV

## CONCLUSION

For the foregoing reasons, the government respectfully requests that its motion be granted.

DATED: February 21, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ William A. Hall, Jr.
WILLIAM A. HALL, JR.
Assistant United States Attorney