JONATHAN DAVID FRANK SBN89384
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. BARRY TED MOSKOWITZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS GODIENZ-RAMIREZ,<br><br>Defendants. | ) | Case No. 08CR0273BTM<br>Mag. No. 08MJ8041<br><br>NOTICE OF HEARING ON MOTION FOR VIDEOTAPE DEPOSITIONAND SUBSEQUENT VOLUNTARY DEPARTURE OF MATERIAL WITNESSES<br>DATE: March 21, 2008<br>TIME: 11:30 A. M.<br>DEPT: BTM |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2008, 2008 at the UNITED STATES DISTRICT COURT located at 940 Front Street, San Diego, California 92101 before the above-named Judge at 11:30 A. M. or as soon thereafter as the matter may be heard, the material witnesses ANTONIO ACOSTA-GONZALEZ and GABRIEL GARCIA-GARCIA will move the Court for an Order that they be subjected to a videotape deposition prior to trial and subsequent voluntary departure.

This motion will be based on 18 U.S.C. 3144 in that the witnesses' testimony can be adequately secured by deposition and further detention is not necessary to prevent a failure of justice.

This motion is further based on this notice of motion, the memorandum of points and authorities and declarations filed herewith, and as such other and further evidence and argument as may be presented at the hearing of the motion.

Respectfully submitted,

DATED: 2/28/08

S/______________________________
JONATHAN DAVID FRANK,
Attorney for Material Witnesses