JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100
State Bar Number 89384

Attorney for Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS GODINEZ-RAMIREZ, Defendants. | Case No. 08CR0273BTM<br>Mag. No. 08MJ8041<br><br>DECLARATION OF ANTONIO ACOSTA-GONZALEZ IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS<br><br>DATE:<br>TIME:<br>DEPT: |

I am a material witness in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

/////
/////
/////
/////
/////
/////
/////

I have been in federal custody since January 19, 2008. I have been held as a material witness in the above captioned case. I have been unable to locate a surety to post bond.

Each day I spend in custody is a hardship for me and my family. I help to support my mother, who is a diabetic. I have been doing so for the past 20 years selling jewelry, perfume and the like at a shopping center in Mexico. Each day that I spend in custody is another day that I am unable to provide that support.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this ______________________ in ~~San Diego~~ ELCENTRO, California.

ANTONIO ACOSTA-GONZALEZ