JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100
State Bar Number 89384

Attorney for Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS GODINEZ-RAMIREZ,<br>Defendants. | ) | Case No. 08CR0273BTM<br>Mag. No. 08MJ8041<br>DECLARATION OF GABRIEL GARCIA-GARCIA IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS<br>DATE:<br>TIME:<br>DEPT: |

I am a material witness in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

/////

/////

/////

/////

/////

/////

/////

I have been in federal custody since January 19, 2006. I have been held as a material witness in the above captioned case. I have been unable to locate a surety to post bond.

Each day that I spend in custody is a hardship to me and my family. I have a two year old daughter that I help to support. I have done so as a painter and also a field worker in Mexico. I have been working as a painter in Mexico for the last 18 years. Each day that I spend in custody is another day that I am unable to help support my daughter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this ____________________ in ELCENTRO [redacted]go, California.

Gabriel Garcia

GABRIEL GARCIA-GARCIA