JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(858) 722-2100
State Bar Number 89384

Attorney for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. BARRY TED MOSKOWITZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0273BTM |
| | ) | Mag. No. 08MJ8041 |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| v. | ) | IN SUPPORT OF MOTION FOR |
| | ) | VIDEO DEPOSITION OF |
| LUIS GODINEZ-RAMIREZ, | ) | MATERIAL WITNESSES |
| | ) | |
| | ) | DATE: March 21, 2008 |
| | ) | TIME: 11:30 A. M. |
| Defendants. | ) | DEPT: BTM |

I, JONATHAN DAVID FRANK declare:

I am an attorney duly licensed to practice before all the courts of this State and this District and Circuit. I am the attorney of record for the material witnesses in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

My clients in this action has been in federal custody since January 19, 2008. They have been held as material witnesses in the above captioned case. My clients are unable to locate a surety to post bond. Their bonds have been set at $30,000.00.

/////

This case was indicted on or before February 5, 2008.

My clients have indicated to me that each day they spend in custody is a hardship to my clients and their families as they are needed to provide support and care for their families.

The testimony of the witnesses could be secured via videotaped depositions. This is a procedure in routine practice in this district in material witness cases. At such a deposition, all parties would be given the opportunity to fully and completely examine the witness. In addition, the proceedings would be videotaped creating a visual and auditory record of the proceeding. Such videotaped deposition could be introduced at trial in stead of the live testimony of the material witnesses.

Based on the above it respectfully requested that this motion be granted, that said depositions take place at the earliest possible time, and that my clients be allowed to voluntarily return to their home in Mexico immediately thereafter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except as to those matters stated to be based upon information and belief and, as to those matters, I am informed and believe that they are true and correct. Executed this February 28, 2008 in San Diego, California.

S/______________________________
JONATHAN DAVID FRANK,
Attorney for Material Witnesses