**LEILA W. MORGAN**
California State Bar No. 232874
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467/Fax: (619) 687-2666
E-Mail: Leila_Morgan@fd.org

Attorneys for Mr. Ramirez-Godinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**LUIS JOAQUIN GODINEZ-RAMIREZ**,<br><br>Defendant. | Case No. 08CR0273-BTM<br><br>DATE: March 7, 2008<br>TIME: 9:00 a.m.<br><br>NOTICE OF MOTIONS AND MOTIONS:<br><br>(1) TO COMPEL DISCOVERY;<br>(2) TO GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
WILLIAM A. HALL, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Luis Joaquin Godinez-Ramirez (hereinafter "Mr. Godinez-Ramirez"), by and through his counsel, Leila W. Morgan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Mr. Godinez-Ramirez , by and through his attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules

of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

1) Compel discovery;
2) Preclude the Government from Proceeding on an Aiding and Abetting Theory; and
3) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: March 3, 2008

/s/ *Leila W. Morgan*
**LEILA W. MORGAN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Godinez-Ramirez
Leila_Morgan@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

William A. Hall, Jr.
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: William.A.Hall@usdoj.gov

Dated: March 3, 2008

/s/ Leila W. Morgan
LEILA W. MORGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Leila_Morgan@fd.org